# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. __21-14269__

__State of Georgia, et al.__ vs. __President of the United States, et al.__

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

[See attached addendum for amici]

These individuals/entities are:

- [ ] appellant(s)
- [ ] petitioner(s)
- [ ] intervenor(s)
- [ ] appellee(s)
- [ ] respondent(s)
- [x] amicus curiae

- [ ] The following related or similar cases are pending in this court:

- [ ] Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: __District of Columbia__    State Bar No.: __1032316__

Signature: __/s/ Jessica Anne Morton__

Name (type or print): __Jessica Anne Morton__    Phone: __(202) 448-9090__

Firm/Govt. Office: __Democracy Forward Foundation__    E-mail: __jmorton@democracyforward.org__

Street Address: __P.O. Box 34553__    Fax: _____

City: __Washington__    State: __D.C.__    Zip: __20043__

Revised 12/21

**AMICI REPRESENTED ADDENDUM:**

American Medical Association

American College of Physicians

American Academy of Family Physicians

American Academy of Pediatrics

American Academy of Allergy, Asthma & Immunology

American College of Chest Physicians

American College of Medical Genetics and Genomics

American Geriatrics Society

American Medical Women's Association

American Psychiatric Association

American Society for Clinical Pathology

American Society of Hematology

American Thoracic Society

Society of Interventional Radiology

American Lung Association